# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID L. WILSON

NO. 2019 KW 1423

DEC 06 2019

In Re: David L. Wilson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-00-0682.

BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT APPLICATION DISMISSED** at the request of relator.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT